# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **VINCENT BOVOSO,** | Case No.: |
| Plaintiff. | 1:18-cv-02039-JEJ |
| v. |  |
| **OCWEN LOAN SERVICING, LLC,** |  |
| Defendant. |  |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: June 28, 2019
By: */s/ Amy L. B. Ginsburg*
Amy L. B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Thomas F. Lucchesi, Esquire
Stradley Ronan Stevens & Young, LLP
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
tlucchesi@stradley.com
Attorney for Defendant


Dated: June 28, 2019                    By: */s/ Amy L. B. Ginsburg*
                                            Amy L. B. Ginsburg, Esquire
                                            Kimmel & Silverman, P.C.
                                            30 E. Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Fax: (877) 788-2864
                                            Email: aginsburg@creditlaw.com