IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT BOVOSO, | § | |
| Plaintiff, | § | Civil Action No. 1:18-cv-02039-JEJ |
| v. | § | |
| OCWEN LOAN SERVICING, LLC, | § | |
| Defendant. | § | |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

/s/ Thomas F. Lucchesi

Thomas F. Lucchesi, Esq.
Stradley Ronon Stevens & Young, LLP
457 Haddonfield Road
Suite 100
Cherry Hill, NJ 08002
Phone: 856-321-2413
Email: tlucchesi@stradley.com
Attorney for the Defendant

Date: August 6, 2019

/s/ Amy L. B. Ginsburg

Amy L. B. Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 215-540-8817
Email: teamkimmel@creditlaw.com
Attorney for Plaintiff

Date: August 6, 2019

BY THE COURT:

s/John E. Jones III

_____
                               J.